UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUSAM ALDAIRI,<br><br>                     Plaintiff,<br><br>v.<br><br>GUS DAHLEH,<br><br>                     Defendant. | Case No.: 3:15-cv-01672-JAH-AHG<br><br>**ORDER MODIFYING MANDATORY SETTLEMENT CONFERENCE TO BE TELEPHONIC AND ISSUING UPDATED PROCEDURES** |

On January 28, 2020, the Court issued an Order resetting the Mandatory Settlement Conference ("MSC") in this matter for April 27, 2020 at 9:30 AM and issuing updated procedures in light of transfer of the case to the undersigned. ECF No. 37. In accordance with the Local Rules and Magistrate Judge Allison H. Goddard's Mandatory Settlement Conference Requirements, the Court required the personal appearance of all named parties, party representatives with full settlement authority, including claims adjusters for insured defendants, and lead trial counsel.

In light of the ongoing COVID-19 public health crisis, the Court hereby **MODIFIES** the MSC to be **telephonic** for all attendees. To facilitate this modification, it is **ORDERED** as follows:

    1.      Counsel and clients or client representatives **with full settlement authority**

must be **immediately available by telephone** between the hours of **9:30 AM** and **12:30 PM PT** on **April 27, 2020**.

    2.    Throughout this window of time, the Court will initiate separate, confidential calls with Plaintiff and Defendant, respectively. Each party must provide the Court with a single phone number to use to initiate these calls, with both counsel and the parties or party representatives already conferenced in and ready to engage in settlement discussions. Counsel must contact the Court at efile_goddard@casd.uscourts.gov no later than **April 23, 2020** to provide each party's preferred phone number for the MSC and any other necessary call-in information for the Court (i.e., conference line passcodes).

    3.    All participants shall be prepared to devote their full attention to this proceeding as if they were attending in person, i.e., cannot be driving while speaking to the Court.

    4.    All dates, deadlines, procedures, and requirements set forth in the Court's previous order resetting the MSC (ECF No. 37) remain in place, except as explicitly modified by this order.

    **IT IS SO ORDERED.**

Dated: April 13, 2020

_____
Honorable Allison H. Goddard
United States Magistrate Judge