1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUSAM ALDAIRI, an individual,<br><br>                                          Plaintiff,<br><br>v.<br><br>GUS DAHLEH, an individual,<br><br>                                          Defendant. | Case No. 15cv1672-JAH (AHG)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS** |

        On June 19, 2020, Plaintiff, Husam Aldairi, and Defendant, Gus Dahleh, filed a joint motion to dismiss this case with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). *See* Doc. No. 42.

        IT IS HEREBY ORDERED that the joint motion is **GRANTED**. The case is **DISMISSED** with prejudice. Each party will bear its own costs and attorneys' fees in connection with this action.

        **IT IS SO ORDERED.**

Dated:  June 19, 2020

_____
Hon. John A. Houston
United States District Judge

1